AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

3819 SECOND STREET, S.E.
APARTMENT C
WASHINGTON, D.C.

**SEARCH WARRANT**

CASE NUMBER:

07-228-M-01

TO: __Christopher Fiorito__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Christopher Fiorito_ who has reason to believe that
(name, description and or location)

    The search site is located in the Royal Courts Apartments. It is described as a multi-family, two-story dwelling with multi-colored vinyl siding (light green, tan and pink). The building is trimmed in white, the lower level is brick, and the top has vinyl siding. The numbers "3819" are affixed to the front of the building on Second Street. Apartment C is located on the second level of the building and the second level is accessible by wood steps with a green metal railing and white support columns. Apartment C is also located in the far left corner of the second level and it has a red door. The numbers "3819" are positioned on the apartment's door under the peephole and the letter "C" is affixed above the peephole for the apartment door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __MAY 31 2007__
                                                            (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 21 2007   9:52 pm
_____
Date and Time Issued

at Washington, D.C.

Alan Kay, United States Magistrate Judge
_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/21/2007 | 05/22/2007 6:00 AM | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FD-597

**FILED**

MAY 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]* U.S. Judge or U.S. Magistrate Judge            5/30/07 Date

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245D-WF-221187

On (date) 5/22/07

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) ___

(Street Address) 3819 2nd Street PC, SE

(City) Washington, DC 20032

Description of Item(s):

1. Notes — Room D
2. Photos + Mail — Room D
3. Photo — Hall closet
4. Note Book — Room F
5. Mail, Notes — Room C
6. Notes — Room A
7. Mail — Room B
8. Photos — Room F

Nothing Follows

Received By: _____ (Signature)

Received From: _____ (Signature)