UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re Search Warrant
for the premises of:

3819 2ND STREET, SE                                :          07-228-M-01

              in WASHINGTON, D.C.                :

**FILED**

AUG 1 6 2007

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the Government's motion to unseal the above captioned search warrant and the docket entries related thereto, it is hereby

ORDERED that the above captioned matters are unsealed.

August 16, 2007
Date

_____
United States Magistrate Judge